UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR L. PLAYER, JR.,<br><br>                Plaintiff,<br><br>     v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>                Defendants. | Case No. EDCV 10-0409-AG (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT IS HEREBY ORDERED that Defendant's Motion to Dismiss be granted. West Valley Detention Center is dismissed as a defendant in this case without leave to amend.

      IT IS SO ORDERED.

DATED: May 10, 2012

                                                    ANDREW J. GUILFORD<br>                                                    UNITED STATES DISTRICT JUDGE