# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARTHUR L. PLAYER,                               )        Case No. EDCV 10-0409-AG (JEM)
                                                )
                          Plaintiff,            )
                                                )        ORDER ACCEPTING FINDINGS AND
            v.                                  )        RECOMMENDATIONS OF UNITED
                                                )        STATES MAGISTRATE JUDGE
COUNTY OF SAN BERNARDINO, et al.,               )
                                                )
                          Defendants.           )
_____        )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file,

and the Report and Recommendation of the United States Magistrate Judge.  No Objections

to the Report and Recommendation have been filed within the time allowed for Objections.

The Court accepts the findings and recommendations of the Magistrate Judge.

        **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment be

GRANTED.  Judgment shall be entered in favor of Defendants County of San Bernardino,

Osvaldo Hernandez, and Gina Perez, and this action shall be dismissed with prejudice.

        **IT IS SO ORDERED.**

DATED: **MAY 14, 2012**

                                                        _____
                                                        ANDREW J. GUILFORD
                                                        UNITED STATES DISTRICT JUDGE