# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR L. PLAYER, | Case No. EDCV 10-0409-AG (JEM) |
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice. Plaintiff shall take nothing on his Third Amended Complaint, and Judgment is entered in favor of Defendants County of San Bernardino, Osvaldo Hernandez, and Gina Perez.

DATED: MAY 14, 2012

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE